**RETURN RECEIPT FOR PRE-SENTENCE REPORT, SENTENCING RECOMMENDATION
AND STATEMENT OF REASONS**


Case Name:    US vs CHARMELL D. BROWN
Case Number: 03-20067-01


The appeal time having expired and/or the appeal having been concluded, the original Sealed

Pre-sentence Report, Sentencing Recommendation and Statement of Reasons were returned to

the U.S. Probation Office on <u>August 18, 2005.</u>

                              (Date)



                    Received by:

                        s/Jane Newlin
                    _____
                          U.S. Probation Office