UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   No. CR03-20067 |
| | ) |
| CHARMELL D. BROWN, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO DISMISS AND
## TO QUASH WARRANT

Now comes the United States by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Assistant United States Attorney, Colin S. Bruce, and hereby requests this Court to dismiss the motion filed on January 3, 2008, and quash the warrant issued pursuant to said motion. In support of this motion, the government states as follows:

1. On January 4, 2008, Defendant Charmell D. Brown was arrested on a state warrant and a federal warrant for violation of supervised release.

2. Defendant appeared in state court for arraignment on January 5, 2008, and bond was set at $1,000,000.00.

3. On January 7, 2008, the defendant was charged by the Champaign County State's Attorney with additional crimes, including first degree murder.

1

WHEREFORE, the United States requests this Court dismiss the motion filed herein for violation of supervised release and quash the warrant issued in lieu of the charges filed by the State of Illinois.

                                            Respectfully submitted,

                                            RODGER A. HEATON
                                            United States Attorney

BY:    s/ Colin S. Bruce
           COLIN S. BRUCE, Bar No. IL 6200946
           Assistant United States Attorney
           United States Attorney
           201 S. Vine St., Suite 226
           Urbana, IL 61802
           217/373-5875
           FAX: 217-373-5891
           colin.bruce@usdoj.gov

United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
(217) 373-5875

       SO ORDERED: _____

                                          _____
                                          DAVID G. BERNTHAL, Magistrate Judge
                                          United States District Court