FILED
JUN 20 2023
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,
RESPONDENT,

-VS-

CHARNELL BROWN,
DEFENDANT.

CASE NO. 23-CR-20067-MMM-EIL-1

MOTION TO FILE A LATE NOTICE OF APPEAL / AMENDED MOTION

NOW COMES DEFENDANT CHARNELL BROWN, BY MEANS OF BEING PRO SE, RESPECTFULLY FILING WITH THIS COURT THIS MOTION TO FILE A LATE NOTICE OF APPEAL IN THE ABOVE MENTIONED CAUSE, OR THE AMENDED MOTION UNDER §2255

IN SUPPORT OF THIS:

1. ON 3/21/23, THIS COURT ENTERED AN ORDER DENYING DEFENDANT'S MOTION FOR RELIEF OF JUDGMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 60, AND IN DOING SO ALLOWED DEFENDANT A 21 DAY PERIOD TO FILE AN AMENDED MOTION UNDER §2255.

2. AT THE TIME DEFENDANT'S MOTION FOR RELIEF OF JUDGMENT WAS FILED WITH THIS COURT DEFENDANT WAS INCARCERATED AT THE MENARD CORRECTIONAL CENTER IN MENARD ILLINOIS AND DAYS AFTER FILING WITH THIS COURT DEFENDANT WAS TRANSFERRED TO THE SEGREGATION UNIT AT THE LAWRENCE C.C. ON 4/20/23, TO SERVE A SEGREGATION PERIOD OF 1 YEAR.

3. Recently Defendant has just now been provided his mail from Menard C.C. which was delayed or being held by correctional staff and did not reach Defendant until now. The backlog of mail Defendant recently received was the 3/21/23 court order denying his pro se motion for relief of judgment along with the notice of this court allowing Defendant a 21 day period to file an amended motion under §2255, which Defendant received weeks after the 3/21/23 order was render.

4. Defendant respectfully states to this Honorable Court the delay in receiving the 3/21/23 order occurred due to being transfered and having his mail rerouted by the IAOC which he has recently started to only now receive.

5. Defendant respectfully asks this court to allow a late notice of appeal in this cause and/or grant Defendant the opportunity to file an amended motion under 2255 late due to just recently receiving the 3/21/23 order from this court.

Respectfully submitted
Charnell Brown
Pro Se



Correspondence from Individual in Custody

Legal Mail

DAMEN TOY # J-94265
P.O. Box 1000
MENARD, ILLINOIS 62259

ATTN: CLERK of THE UNITED STATES DISTRICT COURT
for THE CENTRAL DISTRICT of ILLINOIS
100 EAST MOJAVE STREET, SUITE 309
PEORIA, ILLINOIS 61602

LEGAL MAIL